**JS-6**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORNEJO,<br><br>   Plaintiff,<br><br>   v.<br><br>UNITED STATES POSTAL SERVICE,<br><br>   Defendants. | Case No. EDCV 14-00538-VAP (PJWx)<br><br>**JUDGMENT** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD**:

Pursuant to the Order filed herewith, IT IS ORDERED AND ADJUDGED that Plaintiff Josefina Corenjo's Complaint against the United States Postal Service is DISMISSED WITHOUT PREJUDICE. The Court orders that such judgment be entered.

Dated: May 7, 2014

_____
VIRGINIA A. PHILLIPS
United States District Judge